**Stephen J. QUILLEN, Petitioner,**

v.

**DEPARTMENT OF TREASURY,**
**Respondent.**

No. 04–3375.

United States Court of Appeals,
Federal Circuit.

June 8, 2005.

Before LOURIE, LINN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.